15427.  CROWLEY v. THE STATE.

BROYLES, C. J.  The venue of the crime was sufficiently proved; the evidence authorized the verdict; and none of the special grounds of the motion for a new trial requires another hearing of the case.

Judgment affirmed. Luke and Bloodworth, JJ., concur.

DECIDED MAY 14, 1924.

Indictment for larceny of automobile; from Cook superior court —Judge Dickerson. February 21, 1924.

H. B. Edwards, Hendricks & Hendricks, for plaintiff in error.

J. D. Lovett, solicitor-general, contra.